DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 084A16 | Sabra Faires, Bennett Cotton, and Diane P. Lahti v. State Board of Elections; A. Grant Whitney, Jr., Chair, and Rhonda K. Amoroso, Joshua D. Malcolm, Maja Kricker, and James L. Baker, Members of the State Board (in their official capacities only); and Kim Westbrook Strach, Executive Director of the State Board (in her official capacity only) | Plts' and Defs' Joint Motion for Expedited Hearing | Allowed by Special Order **03/10/2016** **Edmunds, J., recused** |
|---|---|---|---|
| 093A93-4 | State v. Jaime Duarte Sierra El-Bey | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-800) | Dismissed |
| 124PA15 | State v. Michael Scott Hamilton | 1. State's Motion for Temporary Stay (COA14-1005) | 1. Allowed **04/06/2015** Dissolved **02/26/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **08/20/2015** |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Special Order **08/20/2015** |